IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: * | |
| MIGUEL A TORRES RODRIGUEZ * | CASE NO: 14-04957 EAG |
| DEBTORS * | |
| | CHAPTER 13 |

### NOTICE OF FILING AMENDED CHAPTER 13 PLAN AND CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT**:

**COME(S) NOW DEBTOR(S)**, through the undersigned counsel and respectfully to the Honorable Court state(s) and pray(s) as follows:

1. On today's date debtor(s) is/are filing an amended Chapter 13 plan dated September 22, 2014 (the amended plan), **to provide for an increase in the base of the plan in order to provide sufficient funds to pay creditors as provided for in the amended plan.**

2. The amended plan's base provides enough funds to pay creditors as proposed by the plan, and solves the issues raised by the Chapter 13 Trustee (Trustee) in his unfavorable report for confirmation of debtors' previous plan dated august 12, 2014  (**d.e. 13).**

3. The hearing on confirmation has been rescheduled to be held on December 11, 2014 at 9:30 am (**d.e. 14**).

**WHEREFORE**, debtor(s) hereby request(s) from the Honorable Court to take notice of the filing of the Amended Chapter 13 Plan dated September 22, 2014.

Respectfully submitted in San Juan, Puerto Rico, this September 23, 2014.

.**NOTICE IS HEREBY GIVEN THAT DEBTOR(S) HAS/HAVE FILED AN AMENDED PLAN DATED September 22, 2014, WHICH PLAN MAY BE APPROVED WITHOUT FURTHER NOTICE OR HEARING UNLESS A WRITTEN OBJECTION IS FILED NOT LATER THAN 14 DAYS FROM THE DATE THE AMENDED PLAN IS FILED (LBR 3015-2 (f).**

**CERTIFICATE OF SERVICE**:  I hereby certify that on today's date electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties, and I hereby certify that I have mailed by United States Postal Service the document along with the amended plan to the non CM/ECF participants as per the attached master address list.

*/s/ MADELINE SOTO PACHECO*
MADELINE SOTO PACHECO, ESQ.
USDC 207910
ATTORNEY FOR DEBTOR (S)Miguel Torres Rodriguez
LUBE & SOTO LAW OFFICES
1130 AVE. F D ROOSEVELT
SAN JUAN, PR  00920-2906
TEL.: SJ  (787) 722-0909  - FAX:  (787) 977-1709
TEL.: PONCE (787)841-1704 FAX 842-5402
E-mail:  madelinesotopacheco@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: | Case No. **14-04957**
**TORRES RODRIGUEZ, MIGUEL A** | Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____ ☑ AMENDED PLAN DATED: **9/22/2014**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **12** = $ **2,400.00**
$ **220.00** x **48** = $ **10,560.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,960.00**

Additional Payments:
$ **341.00** to be paid as a LUMP SUM within **6 months** with proceeds to come from:
☐ Sale of Property identified as follows:

☑ Other:
**2013 TAX REFUND TO BE PAID ON OR BEFORE 12/14**

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **13,301.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **ORIENTAL** Cr. _____ Cr. _____
# **CL 3/ 9614678866** # _____ # _____
$ **6,972.57** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,750.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Signed: **/s/ MIGUEL A TORRES RODRIGUEZ**
Debtor

_____
Joint Debtor

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.** Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE TORRES RODRIGUEZ, MIGUEL A
Debtor(s)

Case No. **14-04957**

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

NO LV.
NO PRIORITIES

FIRST; ATTORNEY FEES PURSUANT TO 11 USC SECTION 330

SECOND- CL 3-ORIENTAL SECURED CLAIM ON AUTO LOAN IN THE AMOUNT OF $6,972.57. DEBTOR TO PAY FULL BALANCE OWED THROUGH THE PLAN. DEBTOR TO PROVIDE ADEQUATE PROTECTION TO CREDITOR IN THE AMOUNT OF $180.00 PER MONTH UP TO CONFIRMATION OF THE PLAN. DEBTOR TO PROVIDE INSURANCE TO CREDITOR THROUGH THE PLAN AFTER MATURITY DATE OF LOAN (5/2015) IN THE AMOUNT OF $2,229.00.

THIRD: PRO RATA DISTRIBUTION TO ALLOWED UNSECURED CLAIMS

-TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. DEBTOR WILL AMEND THE PLAN TO PROVIDE FOR THE PAYMENT OF SUCH REFUNDS AS LUMP SUMS FOR EACH YEAR AS APPLICABLE. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) WILL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF THESE FUNDS.

```
Label Matrix for local noticing          (p)ORIENTAL BANK AND TRUST              US Bankruptcy Court District of PR
0104-2                                   PO BOX 195115                           Jose V Toledo Fed Bldg & US Courthouse
Case 14-04957-EAG13                      SAN JUAN PR 00919-5115                  300 Recinto Sur Street, Room 109
District of Puerto Rico                                                          San Juan, PR 00901-1964
Ponce
Tue Aug 12 20:22:06 AST 2014

ASUME                                    AUTORIDAD DE CARRETERAS Y TRANSP DE PR  American InfoSource LP as agent for
PO BOX 71316                             CENTRO PROC DE MULTAS AUTO EXPRESO      T Mobile/T-Mobile USA Inc
SAN JUAN, PR 00936-8416                  PO BOX 11889                            PO Box 248848
                                         SAN JUAN, PR  00922-1889                Oklahoma City, OK  73124-8848


CLARO PRTC                               FIRST  PREMIER BANK                     ISLAND FINANCE
SERVICIO AL CLIENTE                      PO BOX 5529                             PO BOX 71504
PO BOX 70366                             SIOUX, SD  57117-5529                   SAN JUAN, PR 00936-8604
SAN JUAN, PR  00936-8366


ORIENTAL                                 ORIENTAL BANK                           SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO BOX 364735                            ANGEL M. VAZQUEZ BAUZA                  PO BOX 195369
SAN JUAN, PR 00936                       PO BOX 195115                           SAN JUAN PR 00919-5369
                                         SAN JUAN PR. 00919-5115


SHEILA AYALA CORDERO                     WALMART                                 ALEJANDRO OLIVERAS RIVERA
HC 02 BOX 3702                           PO BOX 960024                           ALEJANDRO OLIVERAS CHAPTER 13 TRUS
SANTA ISABEL, PR 00757-9753              ORLANDO, FL  32896-0024                 PO BOX 9024062
                                                                                 SAN JUAN, PR 00902-4062


MADELINE SOTO PACHECO                    MIGUEL A TORRES RODRIGUEZ               MONSITA LECAROZ ARRIBAS
LUBE & SOTO LAW OFFICES, P.S.C.          HC1 BOX 6575                            OFFICE OF THE US TRUSTEE (UST)
1130 AVE FD ROOSEVELT                    SANTA ISABEL, PR 00757-9745             OCHOA BUILDING
SAN JUAN, PR 00920-2906                                                          500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
ORIENTAL BANK                            End of Label Matrix
ENRIQUE NASSAR RIZEK & ASSOCIATES        Mailable recipients    17
PO BOX 191017                            Bypassed recipients     0
SAN JUAN, PR 00919                       Total                  17
```